UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara Slocum,

        Plaintiff,

vs.

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

        Defendants.

Civil No.06-4255 (RHK/AJB)

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

    The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

    **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

    **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  October 23, 2006

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge